THE PEOPLE OF THE STATE OF NEW YORK ex rel.
THE CITY OF NEW YORK, Appellant, *v.* JOSEPH P.
HENNESSY et al., Constituting the Board of Assessors
of the City of New York, Defendants.

JORDAN L. MOTT, Respondent.

Reported below, 157 App. Div. 786.
(Argued February 23, 1914; decided March 10, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
July 10, 1913, which dismissed a writ of certiorari and
confirmed a determination of the board of assessors of
the city of New York awarding damages caused to
abutting property by a change of grade.

*Frank L. Polk, Corporation Counsel (Charles J. Nehrbas* of counsel), for appellant.

*Morgan J. O'Brien* and *Henry H. Sherman* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.